granted to
11-7-16
PC
9-23-16

988-16

I was given an extension of time to file my PDR. The date I signed and recieved such notice from the Unit Mail-room was some time at the begining of September 2016. Not even 7 days after recieving such extension, Connally Unit went on their annual 'Unit-lockdown' on Sept. 06, 2016. We will be on Unit-lockdown for 30-45 days. I am a Pro-SE Appellant and now have no access to the Units Law Library. My resources have now undeniably been taken away. So is my extension date of Friday, October 28, 2016 without proper access to case-law and legal books and Appellate Rules still in affect? This, NO FURTHER EXTENTIONS WILL BE ENTER-TAINED, rule still applies? Is that fair and just on my behalf? I want to know what to expect.

John Eric Garcia,
Pro-Se Appellant

FILED IN
COURT OF CRIMINAL APPEALS

SEP 20 2016

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2016

Abel Acosta, Clerk